UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Williams Victor Nunes Nunez
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Morgan Properties LLC
East Cranbury Crossing Apartments
Barbara J Tierney
Rosemary Spohn
Carolyn Canella
_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 OCT 31 P 12: 10

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Williams Victor Funes Nunez
            Street Address    311 Cranbury Circle
            County, City      Middlesex County - East Brunswick
            State & Zip Code  08816
            Telephone Number  415-286-8158

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Morgan Properties LLC
Street Address 160 Clubhouse Rd
County, City Montgomery County King of Prussia
State & Zip Code PA 19406

Defendant No. 2
Name Cranbury Crossing Apartments
Street Address 1 Cranbury Circle
County, City Middlesex - East Brunswick
State & Zip Code 08816

Defendant No. 3
Name Barbara J Tierney
Street Address 1 Cranbury Circle
County, City Middlesex - East Brunswick
State & Zip Code 08816

Defendant No. 4
Name Rosemary Spohn
Street Address 170 Daphne Drive
County, City Burlington County Marlton
State & Zip Code 08053

Defendant 5 -
Carolyn Cansella, 175 Daphne Drive
Burlington County Marlton NJ 08053

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions
[ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Action Arises under Americans with Disabilities (42 U.S.C § 12101 et seq) Fair Housing Act (42 USC § 3601 et seq) The Privacy Act of 1974 (5 U.S.C § 552a) 42 USC 1983 Retaliation Statutory Rights

-2-

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **Cranbury Crossing Apartments 311 Cranbury Cross, East Brunswick - Middlesex NJ 08816**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **From August 2023 Through October 2025 with Continuing Acts of Retaliations Discrimination and PRIVACY VIOLATIONS of MINOR**

C.  Facts: **Plaintiff Williams Funes Munoz TEWOT with disabled minor child (LGFE), requested reasonable housing accommodations under Americans with Disabilities Act (ADA) and the Fair Housing Act (FHA). Defendants Approved The request on paper but fails to execute it, refuse to relocate the family to an available accessible unit and later filed a retaliatory eviction case Docket MID-LT-009193-25 after Plaintiff lawfully retained part of the rent following a toxic pool contamination incident on August 3 2024. Defendant Rosemary Spawh, Esq Corporate Counsel for Morgan Properties Publicly exposed the Childs full name in court Fillings, Violating the Privacy Act of 1974 and ADA Confidentially Provisions inside involved Barbara J Tierney Properties Manager of Condominium and Carolyn Cannella Regional Manager denied communication, Disclosed the Minors name in rent notices and evictions threats despite being aware of the Autism diagnosis and the prior ADA accommodation Approval. Conclusion: These Actions Collectively represent retaliations, discrimination and invasion of privacy causing severe emotional distress and Financial Loss to the Plaintiff family**

-3-

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional Distress, Anxiety, Sleep Disruption and physical Exhaustion due to the unsafe and discriminatory living Conditions created by Defendants Plaintiff minor who has autism Experienced behavioral regression and stress-related symptoms and exposed him to excessive heat, mold, and toxic conditions Plaintiff required medical attention for stress and cardiac symptoms following retaliatory eviction attempts and administrative harassments, emotional trauma due to Defendants ongoing misconduct

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1- Award Compensatory Damages in the Amount of 180,000 for Emotional Distress, Medical Cost, Housing Instability caused by Defendants act of Discrimination and Retaliation
2. Punitive Damages as appropriate to deter future violations of Federal Civil Right  3- Order Injuctive Relief requiring Defendants to cease all retaliatory eviction efforts, remove unlawfull Late Fees and Cost an extra rents and fees from Defendants, Return of Money for Cost against Plaintiff. Ensure ADA/FHA reasonable accomodation procedures
5. Award Legal Fees, Court Cost. and Any Further Relief deemed just and equitable by this Court.
PLAINTIFF DEMANDS TRIAL BY JURY

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __October__, 20__25__.

Signature of Plaintiff _____

Mailing Address __311 Cranbury Circle__
__Middlesex - East Brunswick__
__NJ 08816__

Telephone Number __415-286-8158__

Fax Number *(if you have one)* _____

E-mail Address __williamsfunes@hotmail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____