**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WILLIAMS VICTOR FUNES NUNEZ,<br>Plaintiff,<br>v.<br>MORGAN PROPERTIES LLC et al.,<br>Defendants. | Civil Action No. 25-17084 (RK) (JBD)<br>**ORDER** |

**KIRSCH, District Judge**

**THIS MATTER** comes before the Court upon Morgan Properties, LLC, East Cranbury Crossing Apartments, Barbara J. Tierney, Rosemary Spohn, and Carolyn Canella's (collectively, "Defendants") Motion to Dismiss (ECF No. 15) *pro se* Plaintiff Williams Victor Funes Nunez's ("Plaintiff") Complaint, (ECF No. 1). For the reasons set forth in its Memorandum Opinion filed on this date, and for good cause shown,

**IT IS** on this 4 day of May, 2026,

**ORDERED** Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion pending at ECF No. 15; and it is further

**ORDERED** that Plaintiff's claims under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and Privacy Act of 1974, 5 U.S.C. § 552a, are **DISMISSED** with prejudice against all Defendants; it is further

**ORDERED** that Plaintiff's claims under the Fair Housing Act, 42 U.S.C. § 3601, *et seq.*, and 42 U.S.C. § 1983 are **DISMISSED** without prejudice against all Defendants; and it is further

**ORDERED** that Plaintiff has thirty (30) days from the date of entry of this Order to, if he so wishes, file an Amended Complaint; and it is further

**ORDERED** that if Plaintiff fails to file an Amended Complaint within the thirty (30) days, the Complaint will be dismissed with prejudice; and it is further

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE